# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:20-cv-312-GCM

| | |
|---|---|
| CLEAR BLUE INSURANCE, CO., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| AMIGO MGA, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Keith T. Grumer** (Doc. No. 9), which was filed June 12, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Grumer is admitted to appear before this court *pro hac vice* on behalf of Defendant Amigo MGA, LLC.

**IT IS SO ORDERED.**

Signed: June 15, 2020

Graham C. Mullen
United States District Judge