## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-00312-GCM

| | |
|---|---|
| **CLEAR BLUE INSURANCE COMPANY,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **AMIGO MGA,** | |
| **Defendant.** | |

**THIS MATTER** is before the Court upon Defendant Amigo MGA's Unopposed Motion to Seal Amigo MGA's Reconciliation [ECF Doc. 25].

When a party makes a request to seal judicial records, the Court must (1) give the public notice and a reasonable opportunity to challenge the request to seal; (2) "consider less drastic alternatives to sealing;" and (3) if it decides to seal, make specific findings and state the reasons for its decision to seal rather than choosing other alternatives. *Virginia Dep't of State Police v. Washington Post*, 386 F.3d 567, 576 (4th Cir. 2004). In accordance with the law of this Circuit as well as the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to such materials, and alternatives to sealing. The public has been provided with adequate notice and an opportunity to object to the Defendant's motion. Defendant filed its motion on August 28, 2020 and it has been accessible to the public through the Court's electronic case filing system since that time. The Court determines that no less restrictive means other than sealing is sufficient because a public filing of such materials would reveal confidential financial records. The Court concludes that the sealing of these documents is narrowly tailored to serve the interest of protecting the confidential information.

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Seal Amigo MGA's

Reconciliation is hereby **GRANTED**, and the Reconciliation shall be filed under seal until further

Order of this Court.

**SO ORDERED**.

Signed: September 30, 2020

Graham C. Mullen
United States District Judge