# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00312-GCM

| | |
|---|---|
| **CLEAR BLUE INSURANCE COMPANY,** | |
| Plaintiff, | |
| v. | **ORDER** |
| **AMIGO MGA, LLC,** | |
| Defendant. | |

**THIS MATTER** comes before the Court *sua sponte*. Due to sudden and unanticipated circumstances relating to the continuing COVID-19 outbreak in Charlotte, the Court must reset the motion hearing that is currently scheduled for December 18, 2020. The hearing will be reset to a later date, yet to be determined by the Court.

**IT IS HEREBY ORDERED** that the motion hearing on Motion for Modification of Court's Order of June 19, 2020 Granting a Preliminary Injunction and for Other Relief [ECF Doc. 27] and Motion to Compel Compliance with the Court's Preliminary Injunction Order and to Find Defendant in Contempt [ECF Doc. 28] is canceled and will be reset as soon as practicable.

**SO ORDERED**.

Signed: December 15, 2020

Graham C. Mullen
United States District Judge