UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-cv-312-GCM

| | |
|---|---|
| CLEAR BLUE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **STIPULATION OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| AMIGO MGA, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Clear Blue Insurance Company ("Clear Blue") stipulates to the dismissal with prejudice of all of its claims asserted against Defendant Amigo MGA, LLC ("Amigo") in this case. This stipulation results in the dismissal with prejudice of all such claims against Amigo and its counsel in this case. Each party is to bear its own costs related to this case.

Dated this 12th day of March, 2021.           Respectfully submitted,

/s/ Fielding E. Huseth                          /s/ Keith T. Grumer
Mark A. Nebrig                                  Keith T. Grumer
N.C. State Bar 28710                            Florida State Bar 504416
Fielding E. Huseth                              Admitted *Pro Hac Vice*
N.C. State Bar 53121                            KATZ BARRON
Raquel A. Macgregor                             100 N.E. Third Avenue, #280
N.C. State Bar 54905                            Fort Lauderdale, FL 33301
MOORE & VAN ALLEN PLLC                          Telephone: (954) 522-3636
100 N. Tryon Street, Suite 4700                 Facsimile: (954) 331-2505
Charlotte, NC 28202                             ktg@katzbarron.com
Telephone: (704) 331-1000
Facsimile: (704) 331-1159                       *Attorneys for Defendant Amigo MGA, LLC*
marknebrig@mvalaw.com
fieldinghuseth@mvalaw.com
raquelmacgregor@mvalaw.com

*Attorneys for Plaintiff Clear Blue Insurance Company*